THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXT LEVEL VENTURES, LLC, | CASE NO. MC23-0052-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVID HOLDINGS LTD. F/K/A/ ALDEREGO GROUP LTD., | |
| Defendant, | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 8, 2024, the Court issued a writ of execution to the United States Marshal. (Dkt. No. 20.) Plaintiff then issued notice of sale for property subject to the writ for today, January 6, 2025, at 11 a.m. (Dkt. No. 21.) The Court understands that Plaintiff and Defendant each appeared and tendered an offer for this property.

In light of this development, the Court STAYS the writ and DIRECTS each party to provide the Court with a brief, not to exceed 2,100 words (excluding captions and certificates of service), regarding the propriety of Plaintiff's and Defendant's tenders. This briefing is due no later than January 13, 2024.

//

MINUTE ORDER
MC23-0052-JCC
PAGE - 1

DATED this 6th day of January 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk