THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXT LEVEL VENTURES, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AVID HOLDINGS LTD. F/K/A ALDEREGO GROUP LTD.,<br><br>                Defendant. | CASE NO. MC23-0052-JCC<br><br>ORDER |

On October 8, 2024, the Court issued a Writ of Execution to the United States Marshal Service ("USMS") authorizing the sale of certain property owned by Defendant Avid Holdings Ltd. ("Avid"), in satisfaction of the Writ. (Dkt. No. 20.) On January 6, 2025, the USMS arranged for a sale of that property. Plaintiff Next Level Ventures, LLC ("NLV") appeared on that day and was the winning bidder for the trademark rights identified in the first two bullet points of the Writ (Part 1) and the contract rights identified in the remaining bullet points of the Writ (Part 2).

Following the sale, the Court learned that counsel for an Avid affiliate, Hanna Carfield, placed a losing bid during Part 2, resulting in an NLV counter. While ultimately, this became the winning bid, the process effectively increased the amount paid by NLV during the sale. In light of this development, the Court (a) stayed execution of the Writ and (b) directed the parties to provide supplemental briefing on the propriety of the bids. Nevertheless, NLV later affirmatively

1 waived objections to the propriety of sale and asked that the stay be lifted. (Dkt. No. 23).

2   Accordingly, the Court LIFTS the stay previously imposed and declares NLV the
3 successful bidder of property subject to the Writ, for a total price of $20,000.

4   It is so ORDERED this 14th day of January 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE