HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXT LEVEL VENTURES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AVID HOLDINGS LTD. F/K/A ALDEREGO GROUP LTD., a Hong Kong, S.A.R. limited liability company,<br><br>Defendant. | NO. 2:23-mc-00052-JCC<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER SETTING TIME TO RESPOND TO APPLICATION FOR SUPPLEMENTAL WRIT OF EXECUTION**<br><br>**NOTING DATE: March 13, 2025** |

The parties, by and through their counsel, stipulate and agree as follows:

1.  Plaintiff Next Level Ventures, LLC ("Next Level"), filed its Application for Supplemental Writ of Execution on March 6, 2025 (ECF No. 29) (the "Supplemental Application").

2.  On March 7, 2025, Defendant Avid Holdings, Ltd. ("Avid"), notified the Court that it intends to object to Plaintiff's Supplemental Application (ECF No. 30).

3.  On March 11, 2025, Next Level objected to Avid's Notice (ECF No. 31).

STIPULATED MOTION AND [~~PROPOSED~~] ORDER AS TO BRIEFING SCHEDULE FOR APPLICATION FOR SUPPLEMENTAL WRIT OF EXECUTION - 1

(USDC CASE NO. 2:23-mc-00052-JCC)

4926-1224-8104.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4. The parties have conferred to identify a briefing schedule regarding Plaintiff's Supplemental Application.

5. Without waiving any defenses or rights, the parties stipulate and agree that Avid may have until March 28, 2025, to file its objection to the Supplemental Application.

6. The parties further stipulate and agree to extend Next Level's deadline to file a reply in support of its Supplemental Application to April 4, 2025.

7. The parties stipulate and agree that they reserve all rights and defenses. Nothing in this Stipulation, including the fact that the parties entered into this Stipulation, waives any rights or defenses.

8. The parties therefore request the Court to enter the proposed order, set out below, adopting this proposed briefing schedule as to Next Level's Supplemental Application.

IT IS SO STIPULATED.

//

//

STIPULATED MOTION AND [PROPOSED] ORDER AS TO BRIEFING SCHEDULE FOR APPLICATION FOR SUPPLEMENTAL WRIT OF EXECUTION - 2

(USDC CASE NO. 2:23-mc-00052-JCC)

4926-1224-8104.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

DATED this 13th day of March, 2025.

*s/ Tim Cunningham*
Tim Cunningham, WSBA # 50244
**DAVIS WRIGHT TREMAINE LLP**
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Tel.: (503) 241-2300
Fax: (503) 778-5299
Email: timcunningham@dwt.com

David W. Tufts*
Madeline A. Hock*
**DENTONS DURHAM JONES PINEGAR**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Tel.: (801) 415-3000
Email: david.tufts@dentons.com
    madeline.hock@dentons.com
*Pro hac vice*
**Attorneys for Plaintiff Next Level Ventures, LLC**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel.: (206) 628-6600
Fax: (206) 628-6611
Email: eharris@williamskastner.com

Colin R. Hagan*
David J. Shlansky*
**SHLANSKY LAW GROUP, LLP**
1 Winnisimmet Street
Chelsea, MA 02150
Tel: (617) 370-8321
Fax: (866) 257-9530
Email: Colin.Hagan@slglawfirm.com
    David.Shlansky@slglawfirm.com
 *Pro hac vice* forthcoming
**Attorneys for Defendant AVID Holdings Ltd. f/k/a ALDEREGO Group Ltd.**

STIPULATED MOTION AND [~~PROPOSED~~] ORDER AS TO BRIEFING SCHEDULE FOR APPLICATION FOR SUPPLEMENTAL WRIT OF EXECUTION - 3

(USDC CASE NO. 2:23-mc-00052-JCC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4926-1224-8104.1

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 13th day of March 2025.

*[signature]*

John C. Coughenour
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER AS TO
BRIEFING SCHEDULE FOR APPLICATION
FOR SUPPLEMENTAL WRIT OF EXECUTION - 4

(USDC CASE NO. 2:23-mc-00052-JCC)

4926-1224-8104.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 13th day of March, 2025.

                  *s/ Eliot M. Harris*
                  Eliot M. Harris, WSBA # 36590

STIPULATED MOTION AND [PROPOSED] ORDER AS TO BRIEFING SCHEDULE FOR APPLICATION FOR SUPPLEMENTAL WRIT OF EXECUTION - 5

(USDC CASE NO. 2:23-mc-00052-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4926-1224-8104.1